WILLIAM SHETLER, Respondent, Appellant, v. ADRIAN GROBSMITH and Others, Appellants, and MARTIN ERICKSON, Respondent.— Judgments affirmed, with costs. All concur.

EARL SPENCER, Appellant, v. DELBERT DENNIS, Respondent.— Judgment affirmed, with costs. All concur.

JACOB SPECTOR, Respondent, v. GEORGE EGGERT and Others, Appellants.— Judgment affirmed, with costs. All concur.

EDITH SPECTOR, Respondent, v. GEORGE EGGERT and Others, Appellants.— Judgment affirmed, with costs. All concur.

JONAS FRIEDMAN, Respondent, v. GEORGE EGGERT and Others, Appellants.— Judgment affirmed, with costs. All concur.

LENA FRIEDMAN, Respondent, v. GEORGE EGGERT and Others, Appellants.— Judgment affirmed, with costs. All concur.

In the Matter of the Application of ROBERT NEWELL, on Behalf of Himself and Others Similarly Situated, Appellant, for an Order of Mandamus against the CITY OF BUFFALO and Others, Respondents.— Order affirmed, without costs of this appeal to either party. All concur.

JAMES TRADING CORPORATION, Appellant, v. THOMAS W. DIXSON, Respondent.— Judgment of Onondaga County Court and judgment of Syracuse Municipal Court reversed, with costs to appellant in this court and in the County Court, and motion denied on the ground that the diffuse and repetitious complaint when stripped of its irrelevancies states a cause of action to recover from the defendant moneys of the plaintiff obtained by defendant with knowledge of plaintiff's ownership and held by him despite plaintiff's demand therefor. All concur.

EUGENE PULLYBLANK, an Infant, etc., Respondent, v. ALBERT A. HARRINGTON, Appellant.— Judgment affirmed, with costs. All concur.

GEORGE PULLYBLANK, Respondent, v. ALBERT A. HARRINGTON, Appellant.— Judgment affirmed, with costs. All concur.

AMBROSE J. McNAMARA and Another, Appellants, v. HERBERT S. POWELL, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur.

HATTIE P. LEWIS, Respondent, v. CITY OF SYRACUSE, Appellant.— Order affirmed, with costs. All concur.

VALETTA L. VALENCE, Respondent, v. CITY OF SYRACUSE, Appellant.— Order affirmed, with costs. All concur, except Edgcomb, J., who dissents and votes for reversal upon the ground that none of the newly-discovered evidence goes to the question of damages, and as the jury has fixed plaintiff's damages at six cents, the court was not justified in setting the verdict aside and in granting a new trial to enable the plaintiff to recover nominal damages. (Robison v. Lockridge, 230 App. Div. 389, 391; Midland Linseed Products Co. v. Viall, 213 id. 92; Throckmorton v. Evening Post Pub. Co., 35 id. 396.)

AGATHA CAISSE, Appellant, v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Respondent.— Judgment affirmed, with costs. All concur, except Thompson, J., who dissents and votes for reversal on the law.

LE ROY M. WHEELER, Respondent, v. L. H. LUDWIG, INCORPORATED, Appellant.— Judgment affirmed, with costs. All concur.